UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RACHEL YAKUBOV,

      Plaintiff,

  -against-

MANDARICH LAW GROUP, LLP, CAVALRY SPV I, LLC and ABC LEGAL SERVICES, INC.,

      Defendants.
-------------------------------------------------------------------X

Index No: 20-CV-1813(ARR)(LB)

**AFFIRMATION OF SERVICE**

    Joshua Fingold, Esq., an attorney duly licensed to practice law before the above named court affirms pursuant to penalties of perjury:

    On the 23rd day of March, 2020, I served a copy of the within Order upon

> Mandarich Law Group, LLC
> 5965 Transit Road
> Suite 500
> East Amherst, NY 15041
>
> Cavalry SPV I, LLC
> 7 Skyline Drive
> Hawthorne, NY 10532

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) indicated above, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s).

Dated: April 23, 2020
       New York, New York

                                              Respectfully submitted,

                                                  /s/ Joshua E. Fingold, Esq.
                                                  Joshua E. Fingold, Esq.
                                                  Attorney for ABC Legal Services Inc.
                                                  10 Rockefeller Plaza
                                                  16th Floor
                                                  New York, New York 10020
                                                  (212) 837-8490

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RACHEL YAKUBOV,

                Plaintiff,                              **ORDER**
                                                            **20 CV 1813 (ARR)(LB)**

    -against-

MANDARICH LAW GROUP, LLP,
CAVALRY SPV I, LLC, and ABC LEGAL
SERVICES, INC.,

                Defendants.
------------------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

        Defendant ABC Legal Services, Inc. ("ABC") removed this Fair Debt Collection Practices Act case from Queens County Supreme Court on April 15, 2020.[1] ECF No. 1. By May 4, 2020, ABC shall respond to plaintiff's complaint, Fed. R. Civ. P. 81(c)(2)(C); any party seeking a trial by jury shall file a jury demand, Fed. R. Civ. P. 81(c)(3)(A); and plaintiff shall file a status letter reporting whether defendants Mandarich Law Group, LLP and Cavalry SPV I, LLC have been served with the summons and complaint. ABC shall serve a copy of this Order on co-defendants Mandarich Law Group, LLP and Cavalry SPV I, LLC forthwith.

SO ORDERED.

                                                                                 /S/
                                                           LOIS BLOOM
                                                          United States Magistrate Judge

Dated: April 20, 2020
         Brooklyn, New York

---

[1] ABC attempted to seek Mandarich Law Group and Cavalry SPV I, LLC's consent to the removal; however, neither co-defendant has responded and it is unclear whether plaintiff has served them with the summons and the complaint. ECF No. 1 at 2.

1